| | |
|---|---|
| 1 | DIANA S. EBRON, ESQ. |
|   | Nevada Bar No. 10580 |
| 2 | E-Mail: diana@kgelegal.com |
|   | JACQUELINE A. GILBERT, ESQ. |
| 3 | Nevada Bar No. 10593 |
|   | E-Mail: jackie@kgelegal.com |
| 4 | KAREN L. HANKS, ESQ. |
|   | Nevada Bar No. 9578 |
| 5 | E-Mail: karen@kgelegal.com |
|   | KIM GILBERT EBRON |
| 6 | 7625 Dean Martin Drive, Suite 110 |
|   | Las Vegas, Nevada 89139-5974 |
| 7 | Telephone: (702) 485-3300 |
|   | Facsimile: (702) 485-3301 |
| 8 | *Attorney for Defendant* |
|   | *SFR Investments Pool 1, LLC* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3, <br><br> Plaintiff, <br><br> vs. <br><br> THE SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-01887-MMD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME REGARDING BRIEFING OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PENDING RULING ON MOTION TO STAY DISCOVERY, ECF NO. 31 [ECF NO. 33]** <br><br> **(FIRST REQUEST)** |

Defendant SFR Investments Pool 1, LLC ("SFR") and Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3's ("Wells Fargo") hereby stipulate to extend the briefing on Wells Fargo's Motion for Protective Order Pending Ruling on Motion to Stay Discovery [ECF No. 33]. On Friday, November 17, 2017, Plaintiff Wells Fargo filed a Motion for Protective Order Pending Ruling on Motion to Stay Discovery, ECF No. 31 [ECF No. 33] ("MPO"). On Monday, November 20, 2017, the Court issued an order requiring a response to the MPO be due on November 21, 2017 and any reply to be due on November 28, 2017. SFR's counsel experienced computer problems when attempting to draft the response to the MPO on

November 21, 2017. Due to these computer problems, counsel for Wells Fargo agreed to allow SFR an additional day until **Wednesday, November 22, 2017** to file its response. The parties also agree that due to this extension, Wells Fargo should be allowed an additional day, until **Wednesday, November 29, 2019** to file its reply brief.

This is the parties' first request for an extension. This agreement to extend the briefing schedule is made in good faith and not for the purposes of delay or prejudice to any party.

Dated this 22nd day of November, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/Vatana Lay<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Wells Fargo Bank, N.A. as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3* | /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: November 27, 2017