DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01887-MMD-NJK<br><br>**ORDER RE: DISPOSITIVE MOTIONS** |

This matter came for hearing on February 13, 2020 on SFR Investments Pool 1, LLC's ("SFR") motion for summary judgment [ECF No. 79], Wells Fargo Bank, N.A.'s ("Wells Fargo") motion for summary judgment [ECF No. 80] and The Springs at Centennial Ranch Homeowners Association's ("Association") motion for summary judgment [ECF No. 78], as well as the respective responses [ECF Nos. 81-84] and replies [ECF Nos. 85-87]. SFR's Motion to Dismiss [ECF No. 61] was not set for hearing but was awaiting decision. The Association filed a joinder [ECF No. 64] to SFR's Motion to Dismiss. The Motion to Dismiss was also dealt with at the hearing. After considering of the pleadings on file and the arguments presented at the hearing, and for all the reasons stated on the record at the hearing held on February 13, 2020, the transcript of which is incorporated herein by reference, the Court rules as follows:

- 1 -

**IT IS HEREBY ORDERED** that SFR's Motion for Summary Judgment [ECF No. 79] is **GRANTED**, the Association's Motion for Summary Judgment [ECF No. 78] is **GRANTED**, and Wells Fargo's Motion for Summary Judgment [ECF No. 80] is **DENIED**. Further, SFR's Motion to Dismiss [ECF No. 61] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the nonjudicial foreclosure sale conducted on July 11, 2012 extinguished all junior interests in the Property, including the deed of trust recorded as Instrument No. 20050118-0001108. As a result, Wells Fargo, its successors or assigns, has no enforceable lien, interest or property right in the real property located at **921 Oceanwood Avenue, North Las Vegas, NV 89086; Parcel No. 124-23-411-010**. The Court further finds that there is no basis to support the lis pendens in this case as Wells Fargo has no existing interest in the Property. The lis pendens recorded against the Property in the Official Records of the Clark County Recorder as Instrument Nos. 20170712-0001437 shall therefore be expunged.

DATED: February 24, 2020

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**Kim Gilbert Ebron**

*/s/ Jason G. Martinez*_____
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Approved as to Form and Content:

**Akerman, LLP**

*/s/ Darren T. Brenner*_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89144
*Attorneys for Wells Fargo Bank, N.A.*

Approved as to Form and Content:

**Leach Kern Gruchow Anderson Song**

*/s/ Ryan W. Reed*_____
RYAN W. REED, ESQ.
Nevada Bar No. 11695
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Springs at Centennial Ranch Homeowners Association*