AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WELLS FARGO BANK N.A.,

           Plaintiff,

v.

THE RANCH AT CENTENNIAL SPRINGS HOA ET AL

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2**:17-cv-1877-MMD-NJK**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:** Judgment is entered for Defendant SFR pursuant to ECF No. 93.  IT IS FURTHER ORDERED that the nonjudicial foreclosure sale conducted on July 11, 2012 extinguished all junior interests in the Property, including the deed of trust recorded as Instrument No. 20050118-0001108.

2/24/2020_____  
Date

DEBRA K. KEMPI  
Clerk

/s/ P. Vannozzi  
Deputy Clerk