Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01887-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(FIRST REQUEST)** |

SFR INVESTMENTS POOL 1, LLC ("SFR") and WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3's ("Wells Fargo"), by and through their respective counsel, hereby stipulate and agree to the following:

1. On March 23, 2020, Wells Fargo filed a Motion to Alter or Amend Order re Dispositive Motions and Judgment. [ECF No. 100]

2. The deadline for SFR to file a Response is April 6, 2020.

3. Due to COVID 19, the parties agree that SFR shall have until April 8, 2020 to file its Response.

4. This is the first request for an extension and is not intended to cause any delay or prejudice

- 1 -

to any party.

DATED this 6th day of April, 2020.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 6th day of April, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-13*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2020

- 2 -