SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  troy.lawrence@akerman.com

*Attorneys for Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:17-cv-01887-MMD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>**(FIRST REQUEST)** |

Wells Fargo Bank, N.A., SFR Investments Pool 1, LLC and the Spring at Centennial Ranch Homeowners Association, hereby stipulate the parties shall have an additional seven (7) days, up to and including **December 11, 2023**, to file the joint status report, which is currently due on December 4, 2023, pursuant to ECF No. 121

/ / /

/ / /

{73863180;1}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.  The parties are working together cooperatively to file a joint status report.

DATED this 4th day of December, 2023.

| AKERMAN LLP | LEACH KERN ANDERSON SONG |
|---|---|
| /s/ Troy A. Lawrence | /s/ Sean L. Anderson |
| SCOTT R. LACHMAN, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 7259 |
| TROY A. LAWRENCE, ESQ. | RYAN W. REED, ESQ. |
| Nevada Bar No. 16102 | Nevada Bar No. 11695 |
| 1635 Village Center Circle, Suite 200 | 2525 Box Canyon Drive |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89128 |
| *Attorneys for Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3* | *Attorneys for Defendant The Springs at Centennial Ranch Homeowners Association* |

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974

*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No. 2:17-cv-01887-MMD-NJK

DATED: _____December 4, 2023_____

{73863180;1}

2