SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: scott.lachman@akerman.com
Email: troy.lawrence@akerman.com

*Attorneys for Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES MORTGAGE PASS THRU CERTIFICATES SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01887-MMD-NJK<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

**TO:  ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3, provides notice that Darren T. Brenner, Esq., Jamie K, Combs and Rex D. Garner are no longer associated with the law firm of Akerman LLP.

///

///

///

///

73991842;1

Akerman LLP continues to serve as counsel for Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3 in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Scott R. Lachman, Esq. and Troy Lawrence.

DATED this 11th day of December, 2023.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Wells Fargo Bank, N.A., as trustee for Banc of America Mortgage Securities Mortgage Pass Thru Certificates Series 2005-3*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated: December 12, 2023

Nancy J. Koppe
United States Magistrate Judge

2

73991842;1