AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wells Fargo Bank, N.A.

                         Plaintiff,

    v.

The Springs at Centennial Ranch Homeowners Association et al

                         Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01887-MMD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Plaintiff, Wells Fargo Bank, N.A., and against Defendants, SFR Investments Pool 1, LLC, The Springs at Centennial Ranch Homeowners Association.

It is therefore ordered that the property located at 921 Oceanwood Ave., N. Las Vegas, NV 89086, APN 124-23-411-010, remains encumbered by the Deed of Trust recorded in the Clark County Recorder's Office as Instrument Number 20050124-0004216 (again, the "DOT").

It is further ordered that Wells Fargo prevails on its first cause of action for quiet title/declaratory judgment against Defendants and on all claims Defendants asserted against Wells Fargo.

Case closed.

12/12/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk